### BOARD OF POLICE COMMISSIONERS OF NEW HAVEN ET AL. *v.* WILLIAM WHITE ET AL.

The motion by the city of New Haven, the intervening plaintiff, for permission, in the appeal from the Superior Court in New Haven County, "to adopt, rely upon, and argue its cause on appeal consistent with, the appeal brief filed" by the named plaintiff is granted.

*Roger J. Frechette,* in support of the motion.

Submitted August 19—decided September 24, 1975

### BARNABY HORTON ET AL. *v.* THOMAS J. MESKILL ET AL.

### PETER D. GRACE ET AL. *v.* THOMAS J. MESKILL ET AL.

The application of James F. Altham, Jr., for permission to file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted.

*James F. Altham, Jr.,* in support of the motion.

Submitted August 19—decided September 24, 1975

### IN RE APPEAL OF ERIC WASHINGTON

The motion by the appellant to expedite the appeal from the Superior Court in New Haven County is denied.

*Donald D. Dakers,* in support of the motion.